UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

UNITED STATES OF AMERICA,

               Plaintiff,               Case No.  2:18-cr-00049

v.                                  HON. PAUL L. MALONEY

Pedro Francisco Gonzalez,

               Defendant.
_____/

## REPORT AND RECOMMENDATION

Pursuant to W.D. MICH. L.CR.R. 11.1, I conducted a plea hearing in the captioned case on February 28, 2019, after receiving the written consent of defendant and all counsel.  At the hearing, defendant Pedro Francisco Gonzalez entered a plea of guilty to Count 1 and 4, charging defendant with Distribution of Methamphetamine and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation of 21:841(a)(1), 21:841(b)(1)(A)(viii) and 18:924(c)(1)(A)(i), in exchange for the undertakings made by the government in the written plea agreement.  On the basis of the record made at the hearing, I find that defendant is fully capable and competent to enter an informed plea; that the plea is made knowingly and with full understanding of each of the rights waived by defendant; that it is made voluntarily and free from any force, threats, or promises, apart from the promises in the plea agreement; that the defendant

understands the nature of the charge and penalties provided by law; and that the plea

has a sufficient basis in fact.

I therefore recommend that defendant's plea of guilty to Count 1 and 4 be

accepted, that the court adjudicate defendant guilty, and that the written plea agreement

be considered for acceptance at the time of sentencing.  It is further recommended that

defendant remain detained pending sentencing.   Acceptance of the plea, adjudication

of guilt, acceptance of the plea agreement, determination of defendant's status pending

sentencing, and imposition of sentence are specifically reserved for the district judge.

Date: February 28, 2019                         /s/ Timothy P. Greeley
                                                TIMOTHY P. GREELEY
                                                United States Magistrate Judge


### NOTICE TO PARTIES

You have the right to de novo review of the foregoing findings by the district
judge.  Any application for review must be in writing, must specify the portions of the findings
or proceedings objected to, and must be filed and served no later than fourteen days after the plea
hearing.  *See* W.D. MICH. L.CR.R. 11.1(d).